1  David P. Matthews
   TX No. 13206200
2  Jason C. Webster
   TX No. 24033318
3  **MATTHEWS & ASSOCIATES**
   2905 Sackett St.
4  Houston, TX 77098
   (713) 522-5250
5  (713) 535-7184 facsimile
   Attorneys for Plaintiffs
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11
                                           )    **Case No. 06-6453 CRB**
12  IN RE: BEXTRA AND CELEBREX             )
    MARKETING SALES PRACTICES AND          )    **MDL NO. 1699**
13  PRODUCT LIABILITY LITIGATION           )    **District Judge:  Charles R. Breyer**
                                           )
14
                                           )
15  Barton Rasmussen, Individually and on behalf  )
    of Hyacinth Rasmussen,                 )    **STIPULATION AND ORDER OF**
16                                         )    **DISMISSAL WITH PREJUDICE**
                              Plaintiffs,  )
17                                         )
                        vs.                )
18                                         )
    Pfizer Inc., et al.                    )
19                            Defendants.  )

20

21       Come now the Plaintiff, Barton Rasmussen, Individually and on behalf of Hyacinth

22  Rasmussen, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule

23  of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with**

24  **prejudice** as to the plaintiff named herein only with each side bearing its own attorneys' fees and

25  costs.

26

27

28

                                        -1-

DATED: Jan. 12, 2010     MATTHEWS & ASSOCIATES

By: _____
David P. Matthews
*Attorneys for Plaintiffs*

DATED: Jan. 12, 2010     DLA PIPER LLP (US)

By: _____
Michelle W. Sadowsky
*Attorneys for Defendants*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 1 7 2010

_____
Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**